**TROOP A RIDING ACADEMY v STEVERDING**

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided April 20, 1931

For full opinion see 34 O L R 492; 177 NE 601; 39 Oh Ap 560 (Oh Bar 12-15-31).